# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CÁMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA,<br><br>                 Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>                 Defendant. | Court No. 15-00123 |

## SUMMONS

**TO:** The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below:



                                                /s/Tina Pototo Kimble
                                                Clerk of the Court

---

1. Plaintiff, Cámara Nacional de Las Industrias Azucarera y Alcoholera, is an interested party who was a party to the investigation before the U.S. International Trade Commission, as defined in 19 U.S.C. § 1677(9)(F), and has standing to contest the U.S. International Trade Commission's final determination pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(2)(B)(v).
   (Name and standing of plaintiff)

2. The contested determination is the U.S. International Trade Commission's decision in the review of the suspension agreements under 19 U.S.C. § 1671c(h) and 19 U.S.C. § 1673c(h), *Sugar from Mexico*, 80 Fed. Reg. 16,246 (March 27, 2015), that the petitioners, Imperial Sugar Company and AmCane Sugar LLC, were interested parties who were parties to the investigation, and consequently, were appropriate petitioning parties. The determinations and views of the U.S. International Trade Commission are contained in *Sugar From Mexico*, 704-TA-1, 734-TA-1, USITC Pub. 4523 (Apr. 2015) (Review).
   (Brief Description of Contested Determination)

3. <u>March 24, 2015.</u>
   (Date of determination)

4. <u>March 27, 2015.</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

                                          <u>/s/ Philippe M. Bruno</u>
                                          Irwin P. Altschuler
                                          Philippe M. Bruno
                                          Rosa S. Jeong
                                          GREENBERG TAURIG, LLP
                                          2101 L Street, N.W., Suite 1000
                                          Washington, D.C. 20037
                                          Telephone: (202) 331-3100
                                          Email: brunop@gtlaw.com

Date: April 27, 2015

CÁMARA NACIONAL DE LAS INDUSTRIAS Y ALCOHOLERA

v.

UNITED STATES

COURT NO. 15-00123

## SERVICE OF SUMMONS BY THE CLERK

Pursuant to Rule 3(a)(2) of the Rules of the Court of International Trade, this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2)(B)(v) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of this action. In accordance with Rule 4(a)(1) and (4) of the Rules of this Court, the Clerk of the Court is requested to serve copies of the summons upon the following defendants:

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, S.W., Room 112-A
Washington, D.C.  20436

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza, Room 346
New York, New York  10278-0001

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, D.C.  20530

                                                     The Honorable Tina Potuto Kimble
                                                     Clerk of the Court

Date: _____, 2015        By: _____