**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| IMPERIAL SUGAR COMPANY,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>    Defendant,<br><br>and<br><br>CÁMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA,<br>    Defendant-Intervenor,<br><br>and<br><br>AMERICAN SUGAR COALITION,<br>    Defendant-Intervenor. | Before: Mark A. Barnett, Judge<br><br>Court No. 15-00118 |
| AMCANE SUGAR LLC,<br>    Plaintiff,<br><br>and<br><br>IMPERIAL SUGAR COMPANY,<br>    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br>    Defendant,<br><br>and<br><br>CÁMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA,<br>    Defendant-Intervenor, | Court No. 15-00122 |

Court Nos. 15-00118, 15-00122, 15-00123                                                    Page 2

and

AMERICAN SUGAR COALITION,
    Defendant-Intervenor.

---

CÁMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA ,
    Plaintiff,

and

AMERICAN SUGAR COALITION,
    Plaintiff-Intervenor,

v.

UNITED STATES,
    Defendant,

and

IMPERIAL SUGAR COMPANY,
    Defendant-Intervenor.

Court No. 15-00123

## ORDER

On June 11, 2015, Cámara Nacional de las Industrias Azucarera y Alcoholera ("Cámara Nacional") filed a Partial Consent Motion to Consolidate Court of International Trade Court Nos. 15-0018, 15-00122, and 15-00123, under *Imperial Sugar Company v. United States*, Court No. 15-00118. The parties consented to consolidating Court Nos. 15-00118 and 15-00122, but the United States International Trade Commission, Defendant in all three cases ("Defendant"), did not consent to consolidating Court No.

Court Nos. 15-00118, 15-00122, 15-00123                                                                 Page 3

15-00123. On June 18, 2015, Defendant filed a Response in Opposition to Plaintiff's Motion to Consolidate Court No. 15-00123 and a Motion to Dismiss that case. In its Opposition, Defendant urges the court should not consolidate Court No. 15-00123 because (1) Plaintiff in the matter lacks standing, as expressed more fully in Defendant's Motion to Dismiss and (2) the matter raises issues of fact and law not present in 15-00118 and 15-00122.

Upon consideration of the foregoing, the court hereby

ORDERS that Cámara Nacional's Motion to Consolidate Court Nos. 15-00118 and 15-00122 under *Imperial Sugar Company v. United States*, Court No. 15-00118, is GRANTED; and further

HOLDS IN ABEYANCE whether to consolidate Court No. 15-00123 with that action, pending the court's decision on Defendant's Motion to Dismiss.

/s/   Mark A. Barnett
Mark A. Barnett, Judge

Dated: 6/19/15
New York, New York